UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 5745

30TH STREET GUITARS, INC

Plaintiff,

-v-

JACO PASTORIUS, INC., ET AL

Defendant.

Case No. _____

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

30TH STREET GUITARS, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: JUNE 26, 2008

**Signature of Attorney**

**Attorney Bar Code:** PH4749

Form Rule7_1.pdf  SDNY Web 10/2007