Georges Nahitchevansky (GN 7750)
Robert N. Potter (RP 5757)
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Defendants, Counterclaimants and
Third Party Plaintiffs Jaco Pastorius, Inc., Mary
Pastorius, John Pastorius, Felix Pastorius and
Julius Pastorius*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 30TH STREET GUITARS, INC.,<br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>JACO PASTORIUS, INC., MARY PASTORIUS, JOHN PASTORIUS, FELIX PASTORIUS and JULIUS PASTORIUS<br>　　　　　　　　　　Defendants. | Case No.: 08 CIV 5745 (SHS)<br><br>**RULE 7.1 STATEMENT** |
| JACO PASTORIUS, INC., MARY PASTORIUS, JOHN PASTORIUS, FELIX PASTORIUS and JULIUS PASTORIUS,<br>　　　　　　　　　　Third-Party Plaintiffs,<br><br>-against-<br><br>MATTHEW BREWSTER, NED BREWSTER and DOES 1-2,<br>　　　　　　　　　　Third-Party Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Jaco Pastorius, Inc, by and through its undersigned counsel, hereby states that it has no parent company and further states that there are no publicly held corporations that own 10% or more of its stock

US2008 415598.1

Dated: New York, New York

       August 26, 2008

                      **KILPATRICK STOCKTON LLP**

By: _____
     Georges Nahitchevansky (GN 7750)
     Robert N. Potter (RP 5757)
31 W. 52nd Street, 14th Floor
New York, New York 10019
(212) 775-8700
(212) 775-8800
GNahitch@kilpatrickstockton.com
RPotter@kilpatrickstockton.com

*Attorneys for Defendants, Counterclaimants and Third Party Plaintiffs Jaco Pastorius, Inc., Mary Pastorius, John Pastorius, Felix Pastorius and Julius Pastorius*