Georges Nahitchevansky (GN 7750)
Robert N. Potter (RP 5757)
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Defendants, Counterclaimants and*
*Third Party Plaintiffs Jaco Pastorius, Inc., Mary*
*Pastorius, John Pastorius, Felix Pastorius and*
*Julius Pastorius*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 30TH STREET GUITARS, INC.,<br><br>                Plaintiff,<br><br>    -against-<br><br>JACO PASTORIUS, INC., MARY PASTORIUS,<br>JOHN PASTORIUS, FELIX PASTORIUS<br>and JULIUS PASTORIUS<br><br><br>                Defendants. | Case No.: 08 CIV 5745 (SHS) |
| JACO PASTORIUS, INC., MARY PASTORIUS,<br>JOHN PASTORIUS, FELIX PASTORIUS<br>and JULIUS PASTORIUS,<br><br>                Third-Party Plaintiffs,<br><br>    -against-<br><br>MATTHEW BREWSTER, NED BREWSTER<br>and DOES 1-2,<br><br>                Third-Party Defendants. | |

**CERTIFICATE OF SERVICE**

I, Robert Potter, hereby certify that on August 26, 2008, I served a true and correct copy

of the foregoing ANSWER, COUNTERCLAIM, JURY DEMAND AND THIRD PARTY

COMPLAINT by Federal Express, postage fully prepaid, upon the following:

Paul Hugel, Esq.
CLAYMAN & ROSENBERG
305 Madison Avenue, Suite 1301
New York, NY 10165
Attorneys for 30th Street Guitars, Inc.

Robert Potter